ACCEPTED
03-15-00530-CR
8158019
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/9/2015 1:03:03 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00530-CR

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/9/2015 1:03:03 PM
JEFFREY D. KYLE
Clerk

**Jack Bissett**, Appellant

v.

**The State of Texas**, Appellee

On Appeal from the County Court at Law Number 6 of Travis
County in Cause No. C-1-CR-14-160011,
The Honorable Brandy Mueller, Judge Presiding

# Motion to Reset Briefing Schedule

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Jack Bissett, Appellant in the above styled and numbered cause, by and through David A. Schulman, his undersigned attorney of record, and respectfully enters this "Motion to Reset Briefing Schedule," and in support of such Motion would show the Court:

I

Appellant was convicted of Assault in County Court at Law Number 6 of Travis Count. Punishment was assessed at 1 year in

Jail, Probated for 2 years. The trial court imposed sentence on the May 21, 2015. Notice of Appeal was timely filed with the clerk of the trial court on August 19, 2015, and filed with the Clerk of the Court of Appeals on August 21, 2015.

II

On November 16, 2015, the official Court Reporter filed notice with the Court indicating she had only been paid one-half of the fee for the reporter's record. The undersigned affirms that the statement is accurate. That same day, the Court issued its notice that Appellant had until November 30, 2015, to respond to the Court Reporter's notice. The undersigned would advise the Court that he did not receive the Court's notice and was only informed of it today by the Court Reporter. Consequently, Appellant was unaware of the Court's instructions/orders until today. Although he was aware of the amount still owing for the reporter's record, he would not have been aware of the deadline set out in the Court's Order of November 16, 2015.

The Court Reporter also informed the Court of Appeals that the undersigned had filed a motion to withdraw as appellate counsel. That statement is also accurate. The undersigned would inform the Court that the trial court signed an order granting the motion to withdraw this morning -- subject to the trial court's instructions to resolve the reporter's record issue at the Court of Appeals.

III

The undersigned is informed that Appellant's family has made arrangements for funds to retain a different appellate attorney and to pay for the balance due on the reporter's record. Additionally, the trial court has given Appellant under Thursday, December 17, 2015, to finalize arrangements with new appellate counsel. Consequently, the undersigned respectfully requests that the Court withdraw its previous order and reset the briefing schedule in this case as requested below.

# Prayer

WHEREFORE PREMISES CONSIDERED, Appellant prays this Honorable Court to grant his "Motion to Reset Briefing Schedule" in all things, and:

1. Withdraw its Order of November 16, 2015 and not consider the appeal without the record;

2. Reset the date on which the reporter's record must be filed until the end of this month; and

3. Provide new appellate counsel with 30 days thereafter to submit the required brief on appeal.

Respectfully submitted,

**David A. Schulman**
Attorney at Law
1801 East 51st Street, Suite 365474
Austin, Texas 78723
Tel. 512-474-4747
Fax: 512-532-6282
eMail: zdrdavida@davidschulman.com

State Bar Card No. 17833400

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 535 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on December 9, 2015, a true and correct copy of the above and foregoing "Motion to Reset Briefing Schedule" was transmitted via the eService function on the State's eFiling portal, to Giselle Horton (giselle.horton@co.travis.tx.us), counsel of record for the State of Texas.  Copies have also been sent via eMail to the Judge of the trial court, the official court reporter, and Appellant.

_____
**David A. Schulman**